*J. C. Cooper* and *Mr. Alex. St. Clair-Abrams* for appellant. *Mr. William S. Jennings* for appellees.

---

No. 240. ST. BENEDICT'S ABBEY, A CORPORATION, PLAINTIFF IN ERROR, *v.* MARION COUNTY, OREGON, ET AL. In error to the Supreme Court of the State of Oregon. October 11, 1910. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. John A. Carson* for plaintiff in error. No appearance for defendants in error.

---

No. 724. MELVILLE D. HENSEY ET AL., APPELLANTS, *v.* CHARLES H. MERILLAT AND MASON N. RICHARDSON, TRUSTEES. Appeal from the Court of Appeals of the District of Columbia. October 12, 1910. Docketed and dismissed with costs, on motion of *Mr. Mason N. Richardson* for the appellee. No one opposing.

---

No. 653. J. W. GREEN ET AL., APPELLANTS, *v.* HARVEY H. ATHERTON, TRUSTEE, ETC. Appeal from the United States Circuit Court of Appeals for the Seventh Circuit. October 17, 1910. Dismissed with costs, on motion of counsel for appellants. *Mr. Will W. Hammond* for appellants. No appearance for appellee.

---

No. 665. DELAWARE RIVER FERRY COMPANY, OWNER, ETC., APPELLANT, *v.* JENNIE AMOS. Appeal from the District Court of the United States for the Eastern District of Pennsylvania. October 17, 1910. Dismissed per stip-